**[J-2-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2485 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 56 DB 2016 |
| | : | |
| | : | Attorney Registration No. 90137 |
| v. | : | |
| | : | (Philadelphia) |
| JOSEPH Q. MIRARCHI, | : | |
| | : | |
| Respondent | : | ARGUED:  March 5, 2019 |

## ORDER

**PER CURIAM**                                        **DECIDED: MARCH 18, 2019**

Upon consideration of the Report and Recommendations of the Disciplinary Board and following oral argument, Joseph Q. Mirarchi is disbarred from the Bar of this Commonwealth and he shall comply with the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).